**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,, : No. 9 EAL 2022
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
DARRYL BROOKS, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.